■ In the Matter of SECOND AVENUE LLC, Petitioner, v CITY OF NEW YORK et al., Respondents. [845 NYS2d 210]—Proceeding brought pursuant to Eminent Domain Procedure Law article 2 discontinued, as indicated. All concur. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Sweeny, McGuire and Malone, JJ.